UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

2:16-MJ-1117

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| | ) |
| CHRISTPOHER G. SANDLIN | ) |

Upon motion of the United States to accept proffered collateral of $155 in full satisfaction of the underlying violations,

It is hereby ORDERED that the collateral received by the Clerk of Court be accepted in full satisfaction of the underlying violations, and the clerk is directed to close the case.

This __6__ day of June, 2018.

TERRENCE W. BOYLE
United States District Judge